| | | |
|---|---|---|
| PROB. 35<br>(Rev. 1/92) | Report and Order Terminating Probation/Supervised<br>Release Prior to Original Expiration Date | |

## United States District Court
### FOR THE
### District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 MAR 31 PM 1:59

OFFICE OF THE CLERK

UNITED STATES OF AMERICA

v.                                                             Docket # __4:98CR3115__

Kevin Goodro

On ___November 29, 2002___, the above named was placed on supervised release for a period __five__ years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended the supervised releasee be discharged from supervision.

Respectfully submitted,

s/ *Jeff A. Anthens*
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __31st__ day of __March__, 2006.

Richard G. Kopf
United States District Judge